UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all those persons similarly situated,<br><br>     Plaintiff,<br><br>  -against-<br><br>AMBAC FINANCIAL GROUP, INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,<br><br>     Defendants. | Case No. 08 CV 1918<br><br>JURY TRIAL DEMANDED |



### RULE 7.1 STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the plaintiff, MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION:

  NONE

Dated: February 26, 2008

        KAPLAN FOX & KILSHEIMER LLP

        By: _____

        Frederic S. Fox
        Joel B. Strauss
        Donald R. Hall
        Melinda D. Rodon
        850 Third Avenue, 14th Floor
        New York, New York 10022
        Tel: (212) 687-1980
        Fax: (212) 687-7714

        -and-

        LOCKRIDGE GRINDAL & NAUEN, P.L.L.P.
        Richard A. Lockridge

Karen H. Riebel
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 399-0981

*Attorneys for Plaintiff*