UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated, | : : : : |
| Plaintiff, | : Civil Action No. 08 Civ. 1918 |
| v. | : NOTICE OF APPEARANCE |
| AMBAC FINANCIAL GROUP, INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO, | : ECF Case : : : |
| Defendants. | : |

———————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

Dated:  New York, New York       Respectfully submitted,
        March 5, 2008

                                 WACHTELL, LIPTON, ROSEN & KATZ


                                 /s/ Peter C. Hein
                                 Peter C. Hein (PH-5279)
                                 51 West 52nd Street
                                 New York, New York  10019
                                 Telephone:  (212) 403-1000
                                 Facsimile:  (212) 403-2000

                                 *Attorneys for Defendants*