UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
MINNEAPOLIS FIREFIGHTERS' RELIEF : 
ASSOCIATION, on behalf of itself and all others :
similarly situated, :
 :
                Plaintiff, : Civil Action No. 08 Civ. 1918
 :
    v. : NOTICE OF APPEARANCE
 :
AMBAC FINANCIAL GROUP, INC., ROBERT J. : ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T. :
LEONARD and THOMAS J. GANDOLFO, :
 :
                Defendants. :
———————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

Dated: New York, New York      Respectfully submitted,
       March 5, 2008

                                      WACHTELL, LIPTON, ROSEN & KATZ

                                      /s/ Warren R. Stern
                                      Warren R. Stern (WS-2957)
                                      51 West 52nd Street
                                      New York, New York  10019
                                      Telephone:   (212) 403-1000
                                      Facsimile:   (212) 403-2000

                                      *Attorneys for Defendants*