UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, on behalf of itself and all others similarly situated,

            Plaintiff,

   v.

AMBAC FINANCIAL GROUP, INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,

            Defendants.

——————————————————————— x

Civil Action No. 08 Civ. 1918

ECF Case

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on March 5, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

    (i)    Notice of Appearance of Peter C. Hein on behalf of defendants;

    (ii)   Notice of Appearance of Warren R. Stern on behalf of defendants; and

    (iii)  Notice of Appearance of Joshua A. Naftalis on behalf of defendants.

Dated:  New York, New York
          March 5, 2008

                                        /s/ Joshua A. Naftalis
                                        Joshua A. Naftalis (JN-8054)

## **SERVICE LIST**

<u>By ECF</u>

Donald R. Hall
Frederic Scott Fox, Sr.
Joel B. Strauss
Melinda Dierre Rodon
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022

<u>By Mail</u>

Richard A. Lockridge
Karen H. Riebel
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota  55401

*Attorneys for Plaintiff*