UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
MINNEAPOLIS FIREFIGHTERS' RELIEF  :
ASSOCIATION, on behalf of itself and all others  :
similarly situated,  :
                                       Plaintiff,  :
                                         :  Civil Action No. 08 Civ. 1918
      v.  :
                                         :  ECF Case
AMBAC FINANCIAL GROUP, INC., ROBERT J.  :
GENADER, PHILLIP B. LASSITER, SEAN T.  :
LEONARD and THOMAS J. GANDOLFO,  :
                                      Defendants.  :
———————————————————— x

## STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

       Pursuant to Fed. R. Civ. P. 7.1, Ambac Financial Group, Inc. discloses that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated:  New York, New York       Respectfully submitted,
         March 6, 2008

                                        WACHTELL, LIPTON, ROSEN & KATZ

                                        /s/ Peter C. Hein
                                        Peter C. Hein (PH-5279)
                                        Warren R. Stern (WS-2957)
                                        Joshua A. Naftalis (JN-8054)
                                        51 West 52nd Street
                                        New York, New York  10019
                                        Telephone:   (212) 403-1000
                                        Facsimile:    (212) 403-2000

SERVICE LIST

<u>By ECF</u>

Donald R. Hall
Frederic Scott Fox, Sr.
Joel B. Strauss
Melinda Dierre Rodon
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022

<u>By Mail</u>

Richard A. Lockridge
Karen H. Riebel
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota  55401

*Attorneys for Plaintiff*