UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MINNEAPOLIS FIREFIGHTERS' RELIEF
ASSOCIATION, on behalf of itself and all others
similarly situated,

                         Plaintiff,           Civil Action No. 08 Civ. 1918

vs.                                  STIPULATION AND ORDER

AMBAC FINANCIAL GROUP, INC., ROBERT J.    ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T.
LEONARD and THOMAS J. GANDOLFO,

                        Defendants.
------------------------------------------------------------ x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

### STIPULATION AND ORDER ADJOURNING THE TIME FOR DEFENDANTS TO ANSWER, MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT

IT IS ACKNOWLEDGED THAT *Reimer v. Ambac Financial Group, Inc. et al.*, No. 08 Civ 411 (S.D.N.Y), *Babic v. Ambac Financial Group, Inc. et al.*, No. 08 Civ 1273 (S.D.N.Y), and *Parker v. Ambac Financial Group, Inc. et al.*, No. 08 Civ 1825 (S.D.N.Y.), are related actions that arise from the same set of facts and circumstances that underlie the above-captioned action, and that the Court has already "so ordered" substantially similar stipulations in *Reimer* and *Babic*.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that plaintiff shall have until 60 days after the entry of an order appointing lead plaintiff and approving lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3) to file a consolidated and/or amended complaint, and that the time of all defendants to answer, move to dismiss or otherwise respond to the Complaint shall be extended to 60 days after the filing of such consolidated and/or

amended complaint. Plaintiff shall have 60 days after defendants file any motion to dismiss or other response to file any response, and defendants shall have 45 days thereafter to file any reply.

IT IS FURTHER ACKNOWLEDGED THAT, as 15 U.S.C. § 78u-4(b)(3)(B) provides, all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), shall be stayed through the pendency of the motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

DEFENDANTS ACKNOWLEDGE, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, receipt of a copy of the Complaint in this action as of the date the Court "so orders" and enters this Stipulation, and agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring service of judicial process in the manner provided for by Fed. R. Civ. P. 4.

IT IS FURTHER STIPULATED AND AGREED THAT nothing herein shall be deemed to constitute a waiver of, and defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including defenses related to personal jurisdiction.

Dated: New York, New York
       March 5, 2008

KAPLAN FOX & KILSHEIMER LLP

By: _____
Melinda D. Rodon (MR-3204)

   Frederic S. Fox
   Joel B. Strauss
   Donald Hall
   850 Third Avenue, 14th Floor
   New York, NY 10022
   Telephone: (212) 687-1980
   Facsimile: (212) 687-7714

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.

   Richard A. Lockridge
   Karen H. Riebel
   100 Washington Avenue South
   Suite 2200
   Minneapolis, MN 55401
   Telephone: (612) 339-6900
   Facsimile: (612) 399-0981

*Attorneys for Plaintiff*

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Peter C. Hein (PH-5279)
Warren R. Stern (WS-2957)
Joshua A. Naftalis (JN-8054)

51 West 52nd Street
New York, New York 10019
(212) 403-1000
(212) 403-2000 (facsimile)

*Attorneys for Defendants*

S/

SO ORDERED:

_____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge

Dated:   New York, New York
        March 10, 2008
        Part I

-3-